UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMORY DOMINGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>QUEEN VICTORIA MORGAN,<br><br>    Defendant. | CASE NO. 1:17-cv-01403-MJS (PC)<br><br>**ORDER**<br><br>**DENYING WITHOUT PREJUDICE MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**AND**<br><br>**DIRECTING PLAINTIFF TO SUBMIT COMPLETE IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE WITHIN 45 DAYS**<br><br>**(ECF NO. 2)**<br><br>**CLERK TO PROVIDE PLAINTIFF WITH NEW IN FORMA PAUPERIS APPLICATION** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action brought pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's October 18, 2017 motion to proceed in forma pauperis. (ECF No. 2.)

Plaintiff's application is incomplete. It indicates he has cash or savings accounts and property, but does not provide values for those assets. Plaintiff must provide that information to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause.

Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: October 19, 2017      /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE

2